IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIET TRAN,

      Plaintiff,                      No. CIV S-08-1318-GGH P

   vs.

ARNOLD SCHWARZENNEGER, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

1            In accordance with the above, IT IS HEREBY ORDERED that:

2            1. Plaintiff shall submit, within thirty days from the date of this order, a

3 completed affidavit in support of his request to proceed in forma pauperis on the form provided

4 by the Clerk of Court;

5            2. The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner; and

7            3. Plaintiff shall submit, within thirty days from the date of this order, a certified

8 copy of his prison trust account statement for the six month period immediately preceding the

9 filing of the complaint. Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11 DATED: 07/29/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
tran1318.3c+new