IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIET TRAN,

    Plaintiff,                    No. CIV S-08-1318 GGH P

    vs.

ARNOLD SCHWARZENNEGER, et al,

    Defendants.               ORDER

_____/

        By an order filed July 29, 2008, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy in support of his application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. Plaintiff was re-served with this order on August 15, 2008. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit. Accordingly, IT IS HEREBY ORDERED this action is dismissed without prejudice.

DATED: 10/30/08                              /s/ Gregory G. Hollows

                                                     UNITED STATES MAGISTRATE JUDGE

/tran1318.fifp

1